# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of December, two thousand and fourteen.

Before:     Ralph K. Winter,
              *Circuit Judge.*

_____
Mariah Re Limited (in Liquidation), acting by and through
Geoffrey Varga and Jess Shakespeare, in their capacities
as Liquidators thereof,

    Plaintiff-Appellant,                                    **ORDER**

    v.                                                    Docket No. 14-4062

American Family Mutual Insurance Company, ISO
Services, Incorporated, AIR Worldwide Corporation,

    Defendants-Appellees.
_____

    Appellees move for an amendment of the briefing schedule so that Appellant's brief and appendix are due December 19, 2014, the Appellees' brief is due January 30, 2015, and the Appellant's reply brief is due February 13, 2015.

    IT IS HEREBY ORDERED that the motion is GRANTED. No further extensions will be granted in this matter. If Appellant's brief is not filed by December 19, 2014, the appeal will be automatically dismissed. Any motion for further extension, reconsideration or other relief will not stay the effectiveness of this order. If Appellees' brief is not filed by January 30, 2015, the clerk is instructed to calendar the case for argument without such brief.

                                                           For the Court:

                                                           Catherine O'Hagan Wolfe,
                                                           Clerk of Court

